UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNBEHAGEN TAX AND ACCOUNTING, INC.**, a Florida Corporation, individually and on behalf of similarly situated business and individuals d/b/a **Unbehagen Advisors**,

    Plaintiff,

v.                                                                                    Case No: 8:20-cv-1782-T-35TGW

**FIRST HORIZON BANK, as Successor by Merger to IBERIABANK Corporation**,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal of First Horizon Bank, as Successor by Merger to IBERIABANK Corporation, (Dkt. 22), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 16th day of October, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party